AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U. S.
v.
Adam White

## APPEARANCE

Case Number: 1:05M120A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Adam White

I certify that I am admitted to practice in this court.

9-21-05
Date

[signature]
Signature

Edward C. Roy Sr.
Print Name Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number