1069185

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
DISTRICT OF R.I.
SEP 21 2005

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ADAM WHITE
DOB 1965
Pawtucket, Rhode Island

## WARRANT FOR ARREST

CASE NUMBER: 1:05M120A

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
SEP 28 2005
Property of U.S. District Court
District of Rhode Island

YOU ARE HEREBY COMMANDED to arrest Adam White
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Possesstion with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(A)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

9/21/05 Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by DEA | | |
| DATE RECEIVED 09/21/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 09/21/2005 | | |