UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) ~~CR No. 05-M-120A~~
)
ADAM WHITE ) CR05-115T

## MOTION TO WITHDRAW

Now comes the undersigned, Edward C. Roy, Assistant Federal Public Defender and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. Mr. White has indicated that he has retained private counsel.

Respectfully submitted

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that I hand-delivered on the 13th day of October, 2005 a true copy of the within motion to Stephen Dambruch, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

10/25/05: GRANTED.
USMJ