AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA
v.
Adam White

APPEARANCE

CASE NUMBER: CR 05-115T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Adam White

I certify that I am admitted to practice in this court.

10/25/05
*Date*

[signature]
*Signature*

Benjamin A. Mesiti 6840
*Print Name* *Bar Number*

454 Broadway
*Address*

Providence RI 02909
*City* *State* *Zip Code*

751-3900 751-8983
*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.