UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR.NO.: 05-115T |
| ADAM WHITE | : | |

MOTION FOR ENLARGEMENT OF TIME
FOR FILING OF MOTIONS, BILLS AND PLEAS

Defendant hereby moves for enlargement of time for the filing of all motions, bills and pleas until sixty days after the receipt and any necessary transcription of responses by the U.S. Attorney to defendant's request for discovery and inspection. Defendant states as his reason that review of the State's responses to discovery is necessary to determine which motions, bills and pleas should be filed. As of the filing of this motion, the U.S. Attorney has not responded to Defendant's request letter dated October 5, 2005. Since the Defendant is facing a possible life jail sentence, Defendant believes a 60 day Enlargement is not unreasonable to research all relevant issues.

Respectfully Submitted,
By his Attorney,

Benjamin A. Mesiti, Esq. # 6840
454 Broadway
Providence, RI 02909
Phone (401) 751-3900
Fax (401) 751-8983

CERTIFICATION

I hereby certify that a true copy of the within motion was hand delivered to the U.S. District Court of RI, Office of the Clerk, One Exchange Terrace Providence, RI 02903 and to Stephen G. Dambruch, Assistant U.S Attorney, 50 Fleet Center 8th Floor Providence, RI 02903 on this 9 day of November, 2005.