UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO.: 05-115T |
| | : | |
| ADAM WHITE | : | |

MOTION FOR ENLARGEMENT OF TIME
FOR FILING MOTIONS BILLS AND PLEAS

Defendant hereby moves the Honorable Court for enlargement of time for the filing of all motion bills and pleas until sixty days after the receipt and any necessary transcription of responses by the U.S. Attorney to defendant's request for discovery and inspection. Defendant states as his reason that review of the State's responses to discovery is necessary to determine which motions, bills and pleas should be filed. Since the Defendant is facing a possible life jail sentence, Defendant believes a 60 day enlarment is not unreasonable to research all relevant issues. Further, as of January, 26th 2006, defense counsel has not had any substantive contact with the new U.S. Attorney who has been assigned to this case.

Said 60 days shall be DEEMED EXCLUDABLE pursuant to 18U.S.C. § 3161(h)(8)(A). Such period is excludable because the interest of Justice in allowing the defendant some time to examine the discovery furnished to him and to prepare pretrial motions outweighs the interests of the public and the defendant in a speedy trial.

Respectfully Submitted
By his Attorney,

Benjamin A. Mesiti, Esq. #6840
454 Broadway
Providence, RI 02909
Phone: (401) 751-3900
Fax: (401) 751-8983

CERTIFICATION

I hereby certify that a true copy of the within motion was hand delivered to the U.S. District court of RI, Office of the Clerk, One Exchange Terrace Providence, RI 02903 and to Stephanie Brown, U.S Attorney, 50 Fleet Center 8th Floor Providence, RI 02903 on this 27 day of January, 2006.