IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : CR.NO.05-115T
:
ADAM WHITE :

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME FOR FILING MOTIONS BILLS AND PLEAS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby objects to the defendant's Motion For Enlargement Of Time For Filing Motions Bills and Pleas.

The government objects to a 60 day enlargement, we believe that 2 weeks is more than adequate time to research any and all relevant issues relating to this case.

The government has provided all discovery with the exception of 1 audio tape which we will provide early the week of February 6, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 1st day of February, 2006, I mailed a true copy of the Government's Response to Defendant's Motion for Enlargement of Time For Filing Motions Bills and Pleas by ordinary mail and postage prepaid, to:

Benjamin A. Mesiti, Esq.
454 Broadway
Providence, RI 02909