UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. C.R. No. 05-115T

ADAM WHITE

**ORDER DENYING DEFENDANT'S MOTION TO ENLARGE TIME**

For reasons stated in open court on February 10, 2006, Defendant's Motion for Enlargement of Time for Filing Motions, Bills and Pleas is hereby DENIED. Impanelment currently scheduled for February 21, 2006 is hereby continued until March 7, 2006.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 2/14/06