UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

       v.                     Cr. No. 05-115T

ADAM WHITE

### ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Adam White has filed a motion for sentence reduction pursuant to 18 U.S.C. §3582(c)(2) and U.S.S. G. §§1B1.10 and 2D1.1. The Court's review of the record indicates that the defendant is ineligible for a reduction in sentence pursuant to 18 U.S.C. §3582(c) because he is classified as a career offender and his sentencing guideline remains unchanged. Therefore, the motion is denied.

                                            By Order

                                            */s/ [signature]*
                                            Deputy Clerk

ENTER:

*/s/ Ernest C. Torres*
Ernest C. Torres
Sr. U.S. District Judge
Date: Jan. 8, 2009